HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY DUDLEY AVERY, JR.,

    Plaintiff,

  v.

CAROLYN W. COLVIN, in her capacity as Acting Commissioner of Social Security,

    Defendant.

CASE NO. C13-125RAJ

ORDER

This matter comes before the court on a Report and Recommendation ("R&R") from the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. # 25. No party has objected to the R&R. The court ADOPTS the R&R and orders as follows:

1) The court reverses the decision of the Commissioner and remands this action to the Social Security Administration for further proceedings consistent with the R&R.

2) The clerk shall enter judgment for Plaintiff.

3) The clerk shall ensure that Judge Tsuchida receives notice of this order.

DATED this 4th day of December, 2013.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1