UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HENRY DUDLEY AVERY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, | CIVIL NO. 2:13-cv-125-RAJ-BAT <br><br> ORDER FOR EAJA FEES, COSTS AND EXPENSES |

The court GRANTS the parties' stipulated motion for attorney fees. Dkt. # 28. The court awards attorney fees in the total amount of $7,441.48 (which is for work performed by Jeffrey Baird in the amount of $6,417.32 plus work performed by Elie Halpern in the amount of $1,024.16) and expenses in the amount of $22.22 (for postage and fax charges) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $26.40 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a).

Defendant shall pay the award to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and deliver it via check to Plaintiff's counsel, Elie Halpern, at Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502. If, however, the U.S. Department of the Treasury determines that

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[2:13-cv-125-RAJ-BAT] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

DATED this 21st day of January, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[2:13-cv-125-RAJ-BAT] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com